UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEVIN JOSUE HERNANDEZ,

                 Petitioner,

      -against-

JOSEPH MCELROY, Superintendent, Orange
County Correctional Facility; TODD LYONS,
Director of U.S. Immigration and Customs
Enforcement; KRISTI NOEM, U.S. Secretary
of Homeland Security; PAMELA BONDI,
Attorney General of the United States,

                 Defendants.

Case No. 1:26-cv-00127 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

On January 7, 2026, the Court ordered Respondents to file a letter containing certain

information concerning Petitioner's detention by January 9, 2026.  *See* Dkt. 3.  To date,

Respondents have not done so.  Respondents shall comply with the Court's order forthwith.

Dated:  January 12, 2026
       New York, New York

                           SO ORDERED.

                           *Jennifer Rochon*
                           JENNIFER L. ROCHON
                           United States District Judge