UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEVIN JOSUE HERNANDEZ,

                Petitioner,

    -against-

JOSEPH L. MCELROY, Superintendent,
Orange County Correctional Facility, TODD
LYONS, Director of U.S. Immigration and
Customs Enforcement, KRISTI NOEM, U.S.
Secretary of Homeland Security, PAMELA
BONDI, Attorney General of the United
States,

                Respondents.

Case No. 1:26-cv-00127 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

The Court is in receipt of Petitioner's emergency motion to reopen and request for immediate release.  Dkt. 10.  Respondents shall respond to that motion by **February 9, 2026.** Moreover, by **February 6, 2026**, Respondents shall confirm in writing to the Court that Petitioner remains detained at the Orange County Jail in Goshen, New York, in accordance with the January 29, 2026 Stipulation to which the parties agreed, *see* Dkt. 9.

Dated: February 6, 2026
      New York, New York

                SO ORDERED.

                JENNIFER L. ROCHON
                United States District Judge